the United States. *Harry G. Fins* for respondent. ▮

No. 127. GOGGIN, TRUSTEE, *v.* BYRAM, TAX COLLECTOR. C. A. 9th Cir. Certiorari denied. *Thomas S. Tobin* for petitioner. *Harold W. Kennedy* for respondent. ▮

No. 128. EARLE C. ANTHONY, INC. *v.* MORRISON ET AL. C. A. 9th Cir. Certiorari denied. *Eugene Overton* and *Edward D. Lyman* for petitioner. *M. Burr Wellington* for respondents.

No. 129. JONES *v.* SCHICK SERVICES, INC. ET AL. C. A. 9th Cir. Certiorari denied. *Ford W. Harris* for petitioner. *Leonard S. Lyon* for respondents.

No. 130. KILLIAN *v.* PENNSYLVANIA RAILROAD CO. ET AL. Appellate Court of Illinois, First District. Certiorari denied. *Melvin L. Griffith* and *Francis H. Monek* for petitioner. *George F. Barrett* and *Theodore Schmidt* for the Pennsylvania Railroad Co.; and *Edward J. Bradley* for the Mallory Co., respondents.

No. 131. GOODMAN *v.* CHICAGO. Appellate Court of Illinois, First District. Certiorari denied. *Irving Goodman* for petitioner. *Benjamin S. Adamowski* and *L. Louis Karton* for respondent.

No. 132. PHILADELPHIA TRANSPORTATION Co. *v.* SMITH ET AL.; and
No. 133. PHILADELPHIA TRANSPORTATION Co. *v.* STERNER ET AL. C. A. 3d Cir. Certiorari denied. *Har-*

*old Scott Baile* and *Frederic L. Ballard* for petitioner.
*John V. Diggins* for respondents; and *Benjamin D. Fenimore, pro se,* respondent.

No. 135. MACRI ET AL. *v.* UNITED STATES FOR THE USE OF SCHAEFER, DOING BUSINESS AS CONCRETE CONSTRUCTION CO., ET AL.  C. A. 9th Cir.  Certiorari denied. *Tom W. Holman* and *S. W. Brethorst* for petitioners. *Cutler W. Halverson* for Schaefer, respondent. *George W. Wilkins* filed a brief for the Continental Casualty Co. supporting the petition.

No. 136. BUTNAM ET AL., EXECUTORS, *v.* NEW HAMPSHIRE.  Supreme Court of New Hampshire.  Certiorari denied. *Stanley M. Burns* for petitioners. *William L. Phinney,* Attorney General of New Hampshire, *William S. Green,* Assistant Attorney General, and *Ernest R. D'Amours* for respondent.

No. 139. MARIO MERCADO E HIJOS *v.* BRANNAN, SECRETARY OF AGRICULTURE.  C. A. 1st Cir.  Certiorari denied. *Pedro M. Porrata* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl, John R. Benney* and *Israel Convisser* for respondent.

No. 141. RUSSELL ET AL. *v.* BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF OKLAHOMA.  C. A. 10th Cir.  Certiorari denied. *Chas. H. Garnett* for petitioners. *David A. Richardson* for respondent.

No. 142. GENERAL BOX CO. *v.* CENTRAL METAL PRODUCTS CO.  C. A. 6th Cir.  Certiorari denied. *R. P. Hobson* and *John P. Sandidge* for petitioner. *Bernard Koteen* for respondent.